ELIZABETH W. GLADDEN v. PUBLIC EMPLOYEE'S
RETIREMENT SYSTEM, BOARD OF TRUSTEES.

November 21, 1986.

Petition for certification denied.

KENNETH J. BRAND, ET AL. v. WALLACE L. MILLS.

November 21, 1986.

Petition for certification denied.

PAUL ANASTASIO, ET AL. v. PLANNING BOARD OF THE
TOWNSHIP OF WEST ORANGE, ET AL.

November 21, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 499)

IN THE MATTER OF MORRIS COUNTY SOLID WASTE
MANAGEMENT PLAN.

November 21, 1986.

Petitions for certification denied.